IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

SERVICE RESTORATION INC.                                                                    PLAINTIFF

VS.                              CASE NO. 4:23-CV-00781-LPR

ROSE HILL CUMBERLAND
PRESBYTERIAN CHURCH                                                                        DEFENDANT

## NOTICE TO THE COURT

Plaintiff Service Restoration Inc., at the request and by order of the Court, submits the following notice regarding Plaintiff's state of incorporation.

Service Restoration Inc. was originally incorporated in the State of Minnesota on December 23, 2014. A copy of the corporation's original filing as a business corporation (domestic) with the Minesota Secretary of State is attached hereto as Exhibit 1.

Service Restoration Inc. expanded its business into Arkansas on or before April 25, 2018, and filed as a foreign for-profit corporation with the Arkansas Secretary of State on that date. Because of name confusion with other existing corporations in Arkansas, Service Restoration Inc. registered its name in Arkansas as "'SERVICE RESTORATION USA" and does business under that name in the State of Arkansas. A copy of Service Restoration USA's certificate of good standing with the Arkansas Secretary of State is attached hereto as Exhibit 2.

Respectfully submitted,

SERVICE RESTORATION INC.

By: _____
Monty V. Baugh (Ark. Bar No. 2008138)
Monty V. Baugh, PLC
900 South Shackleford Road, Suite 300
Little Rock, AR  72211
(501) 690-5086
monty@montybaugh.com

**CERTIFICATE OF SERVICE**

I, hereby certify that a true and correct copy of the foregoing document was served via CM/ECF electronic filing system upon the following on this 23rd day of July, 2024.

John Ogles
OGLES LAW FIRM, P.A.
P.O. Box 891
Jacksonville, AR  72078
joggles@aol.com
*Attorney for Plaintiff Rose Hill*
 *Cumberland Church*

_____
Monty Baugh
Attorney for Service Restoration Inc.